UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELITE SEMICONDUCTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANCHOR SEMICONDUCTOR, INC., et al., <br><br> Defendants. | Case No. 5:20-cv-06846-EJD <br><br> **ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE REFERRED TO SPECIAL MASTER FOR REPORT & RECOMMENDATION** <br><br> Re: ECF No. 242 |

On July 14, 2023, Plaintiff Elite Semiconductor, Inc. filed a motion for sanctions pursuant to Federal Rule of Civil Procedure 37 ("Motion") based on Defendants' purported discovery misconduct. ECF No. 242. Since September 24, 2021, discovery disputes in this matter have been referred to Special Master Judge Wayne Brazil, who has held multiple discovery conferences with the parties and issued several orders, reports, recommendations, and rulings pertaining to the parties' discovery disputes. ECF No. 117. Given Judge Brazil's extensive familiarity with the parties and discovery in this matter, the Court is of the opinion that the resolution of Plaintiff's Motion would be greatly benefited by an initial report and recommendation from Judge Brazil.

The Court HEREBY issues an ORDER TO SHOW CAUSE why Plaintiff's Motion should not be referred to Judge Brazil pursuant to Fed. R. Civ. P. 53 for a report and recommendation. The parties shall submit a joint written response not to exceed five (5) pages by August 22, 2023.

**IT IS SO ORDERED.**

Dated: August 15, 2023

EDWARD J. DAVILA
United States District Judge