JOHN VAN LOBEN SELS (State Bar No. 201354)
E-Mail: *jvanlobensels@sideman.com*
BRITTANY M. NOBLES (State Bar No. 343513)
E-Mail: *bnobles@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Plaintiff,
ELITE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ELITE SEMICONDUCTOR, INC., a Taiwan Corp., <br><br> Plaintiff, <br><br> v. <br><br> ANCHOR SEMICONDUCTOR, INC., a California corporation, CHENMIN HU, and DOES 1 through 10, <br><br> Defendants. | Case No. 5:20-cv-06846-EJD (NC) <br><br> **JOINT STIPULATION TO MODIFY DEADLINES RE DEFENDANTS' MOTION FOR ATTORNEY'S FEES; [PROPOSED] ORDER** <br><br> Honorable Edward J. Davila <br><br> Complaint Filed: September 30, 2020 <br> Hearing: May 15, 2025 at 9 a.m. <br> Location: Courtroom 4, 5th Floor |

Case No. 5:20-cv-06846-EJD (NC)

JOINT STIPULATION AND [PROPOSED] ORDER

1 Plaintiff Elite Semiconductor, Inc. ("ESI"), and Defendants Anchor Semiconductor, Inc., and Dr. Chenmin Hu (collectively, "Anchor"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on February 21, 2025, Anchor filed a Motion for Attorney Fees (Dkt. 453) (the "Motion");

WHEREAS, the Parties previously stipulated to an extended briefing schedule on the Motion, with ESI's opposition due by March 14, 2025, and Anchor's reply due by March 28, 2025 (Dkt. 439);

WHEREAS, lead counsel for ESI is engaged in trial in Orange County, California during the second week of March 2025, and ESI's other counsel is engaged in a six-week trial in Los Angeles, California, through the end of March 2025;

WHEREAS, the Parties seek a short modification of the schedule such that ESI's deadline to file its opposition to the Motion would be extended by two (2) weeks, to March 28, 2025, and Anchor's deadline to file its reply in support of the Motion would also be extended by two (2) weeks, to April 11, 2025.

WHEREAS, good cause exists to enter the Parties' proposed briefing schedule, because ESI requires additional time to adequately respond to the Motion for Attorney Fees, in particular, in view of (a) ESI's need to coordinate with the multiple firms from whom Defendants by their motion jointly and severally seek attorneys' fees, (b) ESI's counsel's trial schedule, and (c) ESI's counsel's change of firm affiliation as of February 11, 2025, and the ongoing transfer of client files from ESI's counsel's prior firm.

NOW THEREFORE, the Parties stipulate and agree, by and through their undersigned counsel of record, and subject to the Court's approval to the following:

ESI's opposition papers to Anchor's Motion for Attorney Fees (Dkt. 453) shall be due by March 28, 2025. Anchor's reply shall be due by April 11, 2025.

IT IS SO STIPULATED.

1     Case No. 5:20-cv-06846-EJD (NC)
JOINT STIPULATION AND [PROPOSED] ORDER

Dated: February 27, 2025  /s/William A. Hector

William A. Hector
Counsel for Defendants

Dated: February 27, 2025  /s/John van Loben Sels

John van Loben Sels
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's CM/ECF system on February 27, 2025.

Dated: February 27, 2025  */s/John van Loben Sels*

John van Loben Sels

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 27, 2025  */s/John van Loben Sels*

John van Loben Sels

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, and good cause appearing therefor, the Court enters the following schedule:

Plaintiff's deadline to file its opposition papers to Defendants' Motion for Attorney Fees (Dkt. 453) shall be due March 28, 2025. Defendants' reply shall be due by April 11, 2025.

IT IS SO ORDERED.

Dated: _____, 2025

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE